AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 452**

SUMMONS IN A CIVIL CASE

IRON WORKERS' MID-AMERICA PENSION PLAN, et al.

CASE NUMBER: **JUDGE DER-YEGHIAYAN / MAGISTRATE JUDGE ASHMAN**

V.

ASSIGNED JUDGE:

COLUMBUS INDUSTRIES, INC., an Illinois corporation

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Columbus Industries, Inc.
c/o Gregory A. Mescher, Registered Agent
108 S. Wood Street
Washington, IL 61571

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beverly P. Alfon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within **Twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

January 22, 2008

Date

| | |
|---|---|
| **Court:** Other | **Court Date/Time:** 02/21/2008 00:00 |
| **Number:** NE08C452 | **JACKET COMMENT** |
| **Process Payor:** BAUM, SIGMAN, AUERBACH & NEUMAN, LTD | |
| **Address:** 200 W ADAMS STR STE 2200 CHICAGO, IL 60606 - Occupied: No dates available. | **Most Recent Address:** |
| **Title:** IRON WORKERS MID AMERICA PENSION VS | **Employment:** No Employment Information. |

**PERSONS TO BE SERVED**

**COLUMBUS INDUSTRIES INC**

2-21
2-21

**Person Served:** Gregory Meszaros

**Title:** Attorney, 8-12-54 M W

**Address:** 108 S WOOD STR  WASHINGTON, IL 61571 -
Occupied: No dates available.

**Sex:** U  **Race:** U

**D.O.B.:**

**Place:** Same

**Time / Date of Service:** 0:36 AM 1-31-08

**By Whom:** Marla Kuhn

**Mileage:**

c/o Gregory Meszaros
Reg. Agent

**Writ:** Summons

**Received:**

**Returned:**

**Bill Sent:**

**SHERIFF'S FEES**

| | |
|---|---|
| Service: | $ |
| Mileage: ( ) Return: | $ |
| Commission | $ |
| Certificate of Sale | |
| Certified Mail | |
| Publication  Deed | |
| Total: | $ |

38715

Page 1 of 1