IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 0452 |
| COLUMBUS INDUSTRIES, INC., an Illinois corporation, | ) ) ) | JUDGE SAMUEL DER-YEGHIAYAN |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT

NOW COME Plaintiffs, by their attorneys, and move for entry of default against Defendant, COLUMBUS INDUSTRIES, INC., an Illinois corporation.

On January 31, 2008, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on February 20, 2008. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default pursuant to F.R.Civ.P. Rule 55(a).

/s/   Beverly P. Alfon

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default) with the Clerk of Court using the CM/ECF system, and further certifies that I have sent the above-referenced document by facsimile to the following non-CM/ECF participants on or before the hour of 4:00 p.m. this 21st day of March 2008:

Mr. David Donaldson
Columbus Industries, Inc.
17383 E. Illinois Highway 116
Fairview, IL   61432
309-245-4210

Mr. Robert Riffle
Elias, Meginnes, Riffle & Seghetti, P.C.
4016 Main Street, Suite 1400
Peoria, IL   61602
309-637-8514


/s/   Beverly P. Alfon


Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MIDJ\Columbus Industries\motion-default.bpa.df.wpd