

AO 440 (Rev. 05/00) Summons in a Civil Action

RECEIVED
JAN 25 2007
Tazewell County Sheriff

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

08 C 452

## SUMMONS IN A CIVIL CASE

IRON WORKERS' MID-AMERICA PENSION PLAN, et al.

V.

COLUMBUS INDUSTRIES, INC., an Illinois corporation

CASE NUMBER: JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE ASHMAN

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Columbus Industries, Inc.
c/o Gregory A. Mescher, Registered Agent
108 S. Wood Street
Washington, IL 61571

2-21

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beverly P. Alfon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

January 22, 2008

Date



**Court:** Other

**Number:** NE08C452

**Process Payor :**

BAUM, SIGMAN, AUERBACH & NEUMAN, LTD

**Address:**

200 W ADAMS STR STE 2200
CHICAGO, IL 60606 - Occupied: No dates available.

**Title:**

IRON WORKERS MID AMERICA PENSION
VS

**Writ:** Summons

**Received:** ______

**Returned:** ______

**Bill Sent:** ______

**SHERIFF'S FEES**

Service: $____.____
Mileage: ( ) Return: $____.____
Commission $____.____
Certificate of Sale
Certified Mail ____.____
Publication Deed ____.____
____.____
____.____
Total: $____.____

2-21

**PERSONS TO BE SERVED**

**COLUMBUS INDUSTRIES INC**

**Person Served:** Gregory Mescher

**Title:** Attorney, 8-12-54, M, W

**Address:**
108 S WOOD STR WASHINGTON, IL 61571 - Occupied: No dates available.

**Sex:** U **Race:** U

**D.O.B.:**

**Place:** Same

**Time / Date of Service:** 10:36 A.M 1-31-08

**By Whom:** [illegible signature]

**Mileage:** ______

c/o Gregory Mescher
Reg. Agent

**Court Date/Time:** 02/21/2008 00:00

**JACKET COMMENT**

**Most Recent Address:**

**Employment:**
No Employment Information.

38715