IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 08 C 0452 |
| COLUMBUS INDUSTRIES, INC., an Illinois corporation, | ) ) ) ) | JUDGE SAMUEL DER-YEGHIAYAN |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Mr. David Donaldson          Mr. Robert Riffle
      Columbus Industries, Inc.    Elias, Meginnes, Riffle & Seghetti, P.C.
      17383 E. Illinois Highway 116  4016 Main Street, Suite 1400
      Fairview, IL  61432          Peoria, IL  61602

YOU ARE HEREBY NOTIFIED that on **Thursday**, the **27th** day of **March 2008** at **9:00 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Samuel Der-Yeghiayan, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1903, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Default. A copy of said motion is hereby served upon you.

/s/   Beverly P. Alfon

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have sent the above-referenced document by facsimile to the following non-CM/ECF participants on or before the hour of 4:00 p.m. this 21st day of March 2008:

      Mr. David Donaldson
      Columbus Industries, Inc.
      17383 E. Illinois Highway 116
      Fairview, IL   61432
      309-245-4210

      Mr. Robert Riffle
      Elias, Meginnes, Riffle & Seghetti, P.C.
      4016 Main Street, Suite 1400
      Peoria, IL   61602
      309-637-8514


        /s/   Beverly P. Alfon


Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MIDJ\Columbus Industries\notice of motion-default.bpa.df.wpd

## Confirmation Report – Memory Send

Page         : 001
Date & Time: 03-21-08  12:48pm
Line 1       : 3122360241
Machine ID : Baum Sigman

| | |
|---|---|
| Job number | : 018 |
| Date | : 03-21  12:42pm |
| To | : ☎13092454210 |
| Number of pages | : 007 |
| Start time | : 03-21  12:42pm |
| End time | : 03-21  12:45pm |
| Pages sent | : 007 |
| Status | : OK |
| Job number  : 018 | *** SEND SUCCESSFUL *** |

# FAX COVER SHEET

March 21, 2008

**TO**
David Donaldson
Columbus Industries, Inc.

FAX (309) 245-4210

**SUBJECT**
Iron Workers' Mid-America Pension Plan,
et al. v. Columbus Industries, Inc.
Civil Action No. 08 C 0452
Our File No. 20717

**FROM**
Beverly P. Alfon

BAUM SIGMAN AUERBACH & NEUMAN, LTD.
TEL 312/236-4316
FAX 312/236-0241

**PAGES**
7, including this cover sheet

**COMMENTS**

**CONFIDENTIALITY NOTICE**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

**IF YOU DID NOT RECEIVE ALL PAGES, PLEASE CALL OUR OFFICE**

Confirmation Report - Memory Send

Page         : 001
Date & Time: 03-21-08  12:48pm
Line 1       : 3122360241
Machine ID : Baum Sigman

| | | |
|---|---|---|
| Job number | : | 019 |
| Date | : | 03-21  12:43pm |
| To | : | ☎13092454210 |
| Number of pages | : | 007 |
| Start time | : | 03-21  12:43pm |
| End time | : | 03-21  12:48pm |
| Pages sent | : | 007 |
| Status | : | OK |
| Job number | : 019 | *** SEND SUCCESSFUL *** |

# FAX COVER SHEET

March 21, 2008

**TO**
Robert Riffle
Elias, Meginnes, Riffle & Seghetti, P.C.

**FAX** (309) 245-4210

**SUBJECT**
Iron Workers' Mid-America Pension Plan,
et al. v. Columbus Industries, Inc.
Civil Action No. 08 C 0452
Our File No. 20717

**COMMENTS**

**FROM**
Beverly P. Alfon

BAUM SIGMAN AUERBACH & NEUMAN, LTD.
TEL 312/236-4316
FAX 312/236-0241

**PAGES**
7, including this cover sheet

CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

IF YOU DID NOT RECEIVE ALL PAGES, PLEASE CALL OUR OFFICE