IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.* </br></br> Plaintiffs, </br></br> vs. </br></br> COLUMBUS INDUSTRIES, INC., an Illinois corporation, </br></br> Defendant. | CIVIL ACTION NO. 08 C 0452 </br></br> JUDGE SAMUEL DER-YEGHIAYAN </br></br> MAGISTRATE JUDGE MARTIN ASHMAN |

**PLAINTIFFS' JURISDICTIONAL STATUS REPORT**

Plaintiffs, Iron Workers' Mid-America Pension Plan, *et al.* ("Funds"), submit the following jurisdictional status report pursuant to this Court's Order dated February 15, 2008[1]:

**I.    Subject Matter Jurisdiction**

The Funds seek jurisdiction pursuant to questions arising under a federal statute, the Employee Retirement Security Act, as amended, 29 U.S.C. §§ 1132, 1145.

**II.    Venue (Plaintiffs' Position)**

Venue is appropriate in this Court because ERISA, 29 U.S.C. § 1132(e)(2) provides that an action brought under subchapter 1132 "may be brought in the district where the plan at issue is administered . . ." The Plaintiff plans are administered in Lansing, Cook County, Illinois which is located within the geographical jurisdiction of this Court.

---

[1] Defendant's answer or responsive pleading was due on February 20, 2008. Despite the service of process on Defendant's registered agent, and providing to Defendant a copy of the Court's Order requiring this report and setting the initial status hearing, Defendant has not filed an answer or responsive pleading. There is no attorney appearance on file for Defendant. Accordingly, the Funds have filed a motion for entry of default against Defendant.

1

        Respectfully submitted,

        /s/   Beverly P. Alfon
        One of the Attorneys For Plaintiffs

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MIDJ\Columbus Industries\plaintiffs jurix status report.wpd

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that she served copies of the foregoing document (Plaintiffs' Jurisdictional Status Report) to the following non-CM/ECF system users on Friday, March 21, 2008, before 5:00 p.m.:

Mr. David Donaldson
Columbus Industries, Inc.
17383 E. Illinois Highway 116
Fairview, IL 61432
by facsimile at (309) 245-4210

Mr. Robert Riffle
Elias, Meginnes, Riffle & Seghetti, P.C.
4016 Main Street, Suite 1400
Peoria, IL 61602
by facsimile at (309) 637-8514

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MIDJ\Columbus Industries\plaintiffs jurix status report.wpd