# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 452 | **DATE** | 3/27/2008 |
| **CASE TITLE** | Iron Workers' Mid-America Pension Plan, et al. Vs. Columbus Industries, Inc | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 05/14/08 at 9:00 a.m. No one appeared on behalf of the Defendant on the Court's noticed status hearing or on Plaintiff's noticed motion. Plaintiffs' motion for entry of default is granted. Default is hereby entered in favor of the Plaintiffs Iron Workers' Tri-State Welfare Plan, Joseph J Burke, Iron Workers' Mid-America Pension Plan, Iron Workers' Mid-America Supplemental Monthly Annuity (SMA) and against Defendant Columbus Industries, Inc. Counsel for Plaintiffs is directed to submit to this Court's Courtroom Deputy a draft proposed default order and order for an audit. Prove-up hearing set for 05/14/08 at 9:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|