*H HN*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 0452 |
| COLUMBUS INDUSTRIES, INC., an Illinois corporation, | ) ) ) | JUDGE SAMUEL DER-YEGHIAYAN |
| Defendant. | ) ) | |

## ORDER

This matter coming on to be heard upon the Motion of Plaintiffs, by their counsel, it appearing to the Court that the Defendant, COLUMBUS INDUSTRIES, INC., an Illinois corporation, having been regularly served with process and having failed to appear, plead or otherwise defend, and default of said Defendant having been taken on March 27, 2008, the Court, first being fully advised in the premises and upon further evidence submitted herewith, FINDS:

1.   It has jurisdiction of the subject matter herein and of the parties hereto.

2.   The Defendant is bound by the terms of the collective bargaining agreement referred to in the Complaint of Plaintiffs.

3.   The Defendant is obligated to make contributions to each of the Plaintiff Funds in accordance with collective bargaining agreement.

4.   The Defendant is bound by all the terms and conditions set forth in the Agreements and Declarations of Trust governing the Plaintiff Funds.

5.      Pursuant to such Agreements and Declarations of Trust, Defendant is required to submit monthly contribution reports to the Plaintiffs that indicate all employees of the Defendant covered by the collective bargaining agreement referred to in the Complaint, and the number of hours worked or paid for pursuant to the terms of the collective bargaining agreement referred to herein.

6.      Defendant has failed to submit its monthly fringe benefit contribution reports for the months of December 2007 through February 2008.

7.      Pursuant to such Agreement and Declaration of Trust, Plaintiffs are entitled to examine the payroll books and records of an Employer required to make contributions to the Plaintiff Funds.

8.      Such audits are to be made and conducted by the accountants of the Plaintiff Funds.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED:

A.      That Defendant make available to the accounting firm of Piotrowski & Gebis, Accountants for the Plaintiff Funds, within thirty (30) days of the entry of this Order, its payroll books and records covering the period of June 1, 2006 through March 31, 2008 for which it is found that contributions are required to be made, and that an account be taken as to all employees of the Defendant covered by the collective bargaining agreement referred to in the Complaint of the Plaintiffs, as to wages received and hours worked, and determination be made of amount due Plaintiffs.

B.      That Defendant submit its monthly fringe benefit contribution reports for the months of December 2007 through February 2008, within fourteen (14) days of the entry of this

2

Order, and that the Court enter judgment against Defendant after Plaintiffs determine the amount due

from Defendant.

        C.    The Court hereby retains jurisdiction of this cause and all of the parties hereto

for the purpose of enforcing this Order and entering judgment against Defendant.

        ENTER:

        UNITED STATES DISTRICT JUDGE

DATED: 3/31/08

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MIDJ\Columbus Industries\order for audit and reports.bpa.df.wpd

3