IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 0452 |
| COLUMBUS INDUSTRIES, INC., an Illinois corporation, | ) ) ) ) | JUDGE SAMUEL DER-YEGHIAYAN |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR ORDER SETTING
A HEARING ON A RULE TO SHOW CAUSE**

NOW COME Plaintiffs, IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, by their attorneys, and move this Court for the entry of an Order to set a hearing on a rule to show cause why DAVID DONALDSON, in his capacity as an officer and agent of Defendant, COLUMBUS INDUSTRIES, INC., should not be held in contempt of Court for failure to comply with the Court's Order of March 31, 2008. Attached in support of this Motion is the Affidavit of Beverly P. Alfon.

/s/   Beverly P. Alfon

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced documents by U.S. Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 21st day of April 2008:

                Mr. David Donaldson
                Columbus Industries, Inc.
                17383 E. Illinois Highway 116
                Fairview, IL   61432

                /s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MIDJ\Columbus Industries\motion-rule.bpa.df.wpd