IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 0452 |
| COLUMBUS INDUSTRIES, INC., an Illinois corporation, | ) ) ) | JUDGE SAMUEL DER-YEGHIAYAN |
| Defendant. | ) ) | |

**<u>AFFIDAVIT</u>**

STATE OF ILLINOIS   )
                    ) SS.
COUNTY OF COOK      )

BEVERLY P. ALFON, being first duly sworn upon oath, deposes and states as follows:

1. I am one of the attorneys for the Plaintiffs in the above-captioned action.

2. On March 31, 2008, this Court entered an Order requiring the Defendant to submit contribution reports to Plaintiffs for December 2007 through February 2008, and to submit to an audit of its payroll books and records for the time period June 1, 2006 through March 31, 2008 within 30 days of the entry of said Order (a copy of the Order entered March 31, 2008 is attached hereto as Exhibit A).

3. On April 2, 2008, I sent a letter to David Donaldson, President of Columbus Industries, Inc.. I enclosed a copy of the Court's Order and advised Mr. Donaldson that if he failed to comply with the Order, I would return to court to initiate contempt proceedings to enforce the Order (a copy of the correspondence dated April 2, 2008 is attached hereto as Exhibit B).

    4.    On April 11, 2008, Defendant submitted the required contribution reports to Plaintiffs.

    5.    On April 15, 2008, I sent an e-mail message to David Donaldson (mistakenly referred to as "Mr. Anderson" in the greeting) at Daveasan@aol.com (a copy of the e-mail correspondence dated April 15, 2008 is attached hereto as Exhibit C). Again, I asked Mr. Donaldson to contact me regarding the scheduling of the audit and warned him that his failure to contact me by April 18, 2008 would result in the contempt motion currently before the Court.

    6.    To date, however, Defendant has not contacted me or Plaintiffs regarding arrangements for an audit of its payroll books and records.

    7.    I make this Affidavit in support of the Plaintiffs' Motion for an Order Setting a Hearing on a Rule to Show Cause.

    FURTHER AFFIANT SAYETH NOT.

    /s/   Beverly P. Alfon

SUBSCRIBED AND SWORN TO
before me this 18th
day of April 2008.

/s/   Deborah A. Farrell
    NOTARY PUBLIC

I:\MIDJ\Columbus Industries\alfon affidavit-rule.bpa.df.wpd