# EXHIBIT A



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 08 C 0452 |
| COLUMBUS INDUSTRIES, INC., an Illinois corporation, | ) ) ) | JUDGE SAMUEL DER-YEGHIAYAN |
| Defendant. | ) ) | |

### ORDER

This matter coming on to be heard upon the Motion of Plaintiffs, by their counsel, it appearing to the Court that the Defendant, COLUMBUS INDUSTRIES, INC., an Illinois corporation, having been regularly served with process and having failed to appear, plead or otherwise defend, and default of said Defendant having been taken on March 27, 2008, the Court, first being fully advised in the premises and upon further evidence submitted herewith, FINDS:

1. It has jurisdiction of the subject matter herein and of the parties hereto.

2. The Defendant is bound by the terms of the collective bargaining agreement referred to in the Complaint of Plaintiffs.

3. The Defendant is obligated to make contributions to each of the Plaintiff Funds in accordance with collective bargaining agreement.

4. The Defendant is bound by all the terms and conditions set forth in the Agreements and Declarations of Trust governing the Plaintiff Funds.

5. Pursuant to such Agreements and Declarations of Trust, Defendant is required to submit monthly contribution reports to the Plaintiffs that indicate all employees of the Defendant covered by the collective bargaining agreement referred to in the Complaint, and the number of hours worked or paid for pursuant to the terms of the collective bargaining agreement referred to herein.

6. Defendant has failed to submit its monthly fringe benefit contribution reports for the months of December 2007 through February 2008.

7. Pursuant to such Agreement and Declaration of Trust, Plaintiffs are entitled to examine the payroll books and records of an Employer required to make contributions to the Plaintiff Funds.

8. Such audits are to be made and conducted by the accountants of the Plaintiff Funds.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED:

A. That Defendant make available to the accounting firm of Piotrowski & Gebis, Accountants for the Plaintiff Funds, within thirty (30) days of the entry of this Order, its payroll books and records covering the period of June 1, 2006 through March 31, 2008 for which it is found that contributions are required to be made, and that an account be taken as to all employees of the Defendant covered by the collective bargaining agreement referred to in the Complaint of the Plaintiffs, as to wages received and hours worked, and determination be made of amount due Plaintiffs.

B. That Defendant submit its monthly fringe benefit contribution reports for the months of December 2007 through February 2008, within fourteen (14) days of the entry of this

Order, and that the Court enter judgment against Defendant after Plaintiffs determine the amount due from Defendant.

        C.      The Court hereby retains jurisdiction of this cause and all of the parties hereto for the purpose of enforcing this Order and entering judgment against Defendant.

ENTER:

_____
UNITED STATES DISTRICT JUDGE

DATED: 3/31/08

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MIDJ\Columbus Industries\order for audit and reports.bpa.df.wpd

3

**EXHIBIT B**

Case 1:08-cv-00452   Document 15-3   Filed 04/21/2008   Page 5 of 8

## BAUM SIGMAN AUERBACH & NEUMAN, LTD.
Attorneys and Counsellors



200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
312.236.4316
Fax 312.236.0241

April 2, 2008

**Beverly P. Alfon**

E-mail Address:
balfon@baumsigman.com

Mr. David Donaldson
Columbus Industries, Inc.
17383 E. Illinois Highway 116
Fairview, IL 61432

    Re:    Iron Workers' Mid-America Pension Plan, *et al.*
            v. Columbus Industries, Inc.
            Civil Action No. 08 C 0452
            Our File No. 20717

Dear Mr. Donaldson:

Enclosed is a copy of the Order entered on March 31, 2008 by the Honorable Judge Samuel Der-Yeghiayan directing an audit of your company's payroll books and records for the time period June 1, 2006 through March 31, 2008. Accordingly, we demand that you contact us within seven (7) days of the date of this letter for the purpose of scheduling an audit.

In addition, the Order directs your company to submit its monthly fringe benefit contribution reports for the time period December 2007 through February 2008 within 14 days of the entry of the Order. Accordingly, you must submit the contribution reports by **Monday, April 14, 2008**.

Your failure to contact us and schedule the required audit, or to submit the contribution reports will leave us no alternative but to return to court in order to initiate contempt proceedings. Your company will be liable for any additional attorneys' fees incurred as a result of further litigation of this matter.

This matter requires your immediate attention.

                              Very truly yours,

                              BAUM SIGMAN AUERBACH & NEUMAN, LTD.

                              Beverly P. Alfon

BPA/df
Enclosure
cc:    Robert Riffle (w/enc.)
       Joseph J. Burke
       Barbara Chapin
       David J. Jansen
I:\MIDJ\Columbus Industries\donaldson 04-02-08.bpa.df.wpd

# EXHIBIT C

Date: Tue, 15 Apr 2008 14:39:52 -0500
From: BPA (Alfon, Beverly P.)
To: Daveasan@aol.com
Reply-to: balfon@baumsigman.com
Subject: Iron Workers' Mid-America Pension Plan v. Columbus Industries - O8C0452

Mr. Anderson:

As I advised in my letter to you dated April 2, 2008, Judge Der-Yeghian has ordered your company to submit its payroll books and records to an audit by the Funds' accountants. You have not contacted me to schedule this audit. Therefore, you are in violation of the Court's order. If you do not contact me by this **Friday, April 18, 2008**, I will immediately return to court to initiate contempt proceedings against you. This matter requires your immediate attention.

Beverly P. Alfon, Esq.
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street, Suite 2200
Chicago, IL 60606
312.236.4316
312.236.0241 (fax)
balfon@baumsigman.com

The information contained in this communication is confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please send it back to the sender and delete the original message or any copy of it from your computer system. Thank you.