IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 0452 |
| COLUMBUS INDUSTRIES, INC., an Illinois corporation, | ) ) ) | JUDGE SAMUEL DER-YEGHIAYAN |
| Defendant. | ) ) | |

## NOTICE OF MOTION

TO:   Mr. David Donaldson
      Columbus Industries, Inc.
      17383 E. Illinois Highway 116
      Fairview, IL   61432

YOU ARE HEREBY NOTIFIED that on **Wednesday**, the **30th** day of **April 2008** at **9:00 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Samuel Der-Yeghiayan, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1903, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for an Order Setting a Hearing on a Rule to Show Cause.  A copy of said motion is hereby served upon you.

/s/   Beverly P. Alfon

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced documents by U.S. Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 21st day of April 2008:

        Mr. David Donaldson
        Columbus Industries, Inc.
        17383 E. Illinois Highway 116
        Fairview, IL   61432


        /s/   Beverly P. Alfon


Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MIDJ\Columbus Industries\notice of motion-rule.bpa.df.wpd