# United States District Court, Northern District of Illinois

M HW

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 452 | DATE | 4/30/2008 |
| CASE TITLE | Iron Workers' Mid-America Pension Plan, et al. Vs. Columbus Industries Inc | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' motion for order setting a hearing on a rule to show cause [15] is granted. David Donaldson is hereby ordered to appear for a rule to show cause hearing, as to why he should not be held in contempt, on 05/22/08 at 9:30 a.m. at 219 S. Dearborn Street, Chicago, IL 60604 in Courtroom 1903. Prove-up hearing date of 05/14/08 is hereby stricken.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|

08C452 Iron Workers' Mid-America Pension Plan, et al. Vs. Columbus Industries Inc

Page 1 of 1