IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 0452 |
| COLUMBUS INDUSTRIES, INC., an Illinois corporation, | ) ) ) ) | JUDGE SAMUEL DER-YEGHIAYAN |
| Defendant. | ) | |

### ORDER

THIS MATTER, coming on to be heard upon Motion of Plaintiffs herein, by their attorneys, it appearing to the Court that the Defendant has failed to comply with the Court's Order of March 31, 2008 requiring Defendant to submit to an audit of its payroll books and records for the time period June 1, 2006 through March 31, 2008 and to submit its monthly fringe benefit contribution reports for December 2007 through February 2008;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

That DAVID DONALDSON, in his capacity as an officer and agent of Defendant, COLUMBUS INDUSTRIES, INC., appear before this Court on May 22, 2008 at 9:30 a.m., in Courtroom 1903, to show cause why he should not be held in contempt of Court for failure to comply with the Court's Order of March 31, 2008.

ENTER:

_____
UNITED STATES DISTRICT JUDGE
SAMUEL DER-YEGHIAYAN

DATED: April 30, 2008