# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Iron Workers' Mid−America Pension Plan, et al.

                                                                       Plaintiff,

v.
                                                                                         Case No.: 1:08−cv−00452

                                                                                         Honorable Samuel Der−Yeghiayan

Columbus Industries Inc

                                                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Counsel for the Plaintiffs advised this Court's Courtroom Deputy that Defendant has agreed to submit to an audit. Plaintiffs' request to continue rule to show cause hearing is granted. Rule to show cause hearing set for 05/22/08 is stricken and reset to 06/26/08 at 9:00 a.m. David Donaldson is hereby ordered to appear for a rule to show cause hearing, as to why he should not be held in contempt on 06/26/08 at 9:00 a.m. at 219 S. Dearborn Street, Chicago, IL 60604 in Courtroom 1903. Counsel for Plaintiffs is directed to serve a copy of this order on David Donaldson. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.