UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Iron Workers' Mid−America Pension Plan, et al.
                                                    Plaintiff,
v.                                                                    Case No.: 1:08−cv−00452
                                                                      Honorable Samuel Der−Yeghiayan
Columbus Industries Inc
                                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

MINUTE entry before the Honorable Samuel Der−Yeghiayan: Counsel for Plaintiff advised this Court's Courtroom Deputy that David Donaldson has complied with the Court's order directing an audit. Plaintiff's request to withdraw the rule to show cause hearing as to David Donaldson set for 06/26/08 is granted. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.